UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re: )  BK No.: 13-31374
JAMES GUYTON )
CASSANDRA GUYTON )
) Chapter: 13
) Honorable Janet S. Baer
) Kane
Debtor(s) )

## ORDER AUTHORIZING LOAN MODIFICATION

THIS MATTER coming to be heard on the motion of Debtors, the Court having jurisdiction over the parties and subject matter and being duly advised in the premises, and due notice having been given to the parties entitled thereto:

IT IS HEREBY ORDERED THAT:

1. The motion is granted as set forth herein.

2. The Debtors are authorized to enter into a loan modification agreement with Wells Fargo Home Mortgage with an approximate balance of $203,780.26. The monthly payment will be approximately $1,405.87 for principle, interest, and escrow, with an interest rate of 2.625%.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: January 05, 2018

**Prepared by:**

Christine H. Clar, ARDC 6202332
Attorney for the Debtors
DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100